IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC | ) |
| | ) |
| v. | ) NO. 3-12-1189 |
| | ) JUDGE CAMPBELL |
| STEIN HALS | ) |

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal of Action with Prejudice (Docket No. 8). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), this action is DISMISSED with prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE